**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-56754 ABG  
**Case Name:** DWYER, WILLIAM E.  

**Taxpayer ID #:** 13-7508948  
**Period Ending:** 08/31/08  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****40-19 - Time Deposit Account  
**Blanket Bond:** $3,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 04/18/06 | | FUNDING ACCOUNT: ********4065 | | 9999-000 | 68,505.25 | | 68,505.25 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 30.51 | | 68,535.76 |
| 05/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 39.91 | | 68,575.67 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 32.88 | | 68,608.55 |
| 06/19/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 42.31 | | 68,650.86 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 31.10 | | 68,681.96 |
| 07/19/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 44.04 | | 68,726.00 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 33.58 | | 68,759.58 |
| 08/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 41.64 | | 68,801.22 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 39.58 | | 68,840.80 |
| 09/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 41.69 | | 68,882.49 |
| 09/19/06 | | Transfer funds to MMA | Transfer funds to MMA | 9999-000 | | 68,882.49 | 0.00 |
| | | **ACCOUNT TOTALS** | | | **68,882.49** | **68,882.49** | $0.00 |
| | | Less: Bank Transfers | | | 68,505.25 | 68,882.49 | |
| | | **Subtotal** | | | **377.24** | **0.00** | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$377.24** | **$0.00** | |

{} Asset reference(s)

Printed: 10/22/2008 11:51 AM     V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-56754 ABG  
**Case Name:** DWYER, WILLIAM E.  

**Taxpayer ID #:** 13-7508948  
**Period Ending:** 08/31/08  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****40-20 - Time Deposit Account  
**Blanket Bond:** $3,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/19/07 |  | FUNDING ACCOUNT: ********4065 |  | 9999-000 | 62,500.00 |  | 62,500.00 |
| 07/19/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 62.19 |  | 62,562.19 |
| 08/20/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 62.25 |  | 62,624.44 |
| 09/17/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 64.95 |  | 62,689.39 |
| 09/19/07 |  | Transfer of fund to MMA | Transfer of funds | 9999-000 |  | 1,400.00 | 61,289.39 |
| 10/17/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 63.73 |  | 61,353.12 |
| 11/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 62.79 |  | 61,415.91 |
| 12/17/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2100% | 1270-000 | 63.74 |  | 61,479.65 |
| 01/15/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0800% | 1270-000 | 57.88 |  | 61,537.53 |
| 02/14/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0800% | 1270-000 | 54.25 |  | 61,591.78 |
| 03/17/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0800% | 1270-000 | 54.69 |  | 61,646.47 |
| 03/18/08 |  | To Account #********4065 | Close CD | 9999-000 |  | 61,646.47 | 0.00 |
|  |  | **ACCOUNT TOTALS** |  |  | **63,046.47** | **63,046.47** | $0.00 |
|  |  | Less: Bank Transfers |  |  | 62,500.00 | 63,046.47 |  |
|  |  | **Subtotal** |  |  | **546.47** | **0.00** |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$546.47** | **$0.00** |  |

{} Asset reference(s)   Printed: 10/22/2008 11:51 AM   V.10.54

Case 05-56754   Doc 25-3   Filed 10/22/08   Entered 10/22/08 14:08:20   Desc Exhibit
C Receipts and Disbursements   Page 4 of 6

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 05-56754 ABG  
**Case Name:** DWYER, WILLIAM E.  

**Taxpayer ID #:** 13-7508948  
**Period Ending:** 08/31/08  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*40-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/24/06 | {2} | William Dwyer | Turn-over of non-exempt assets | 1129-000 | 68,500.00 | | 68,500.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.25 | | 68,505.25 |
| 04/18/06 | | ACCOUNT FUNDED: \*\*\*\*\*\*\*\*4019 | | 9999-000 | | 68,505.25 | 0.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.84 | | 23.84 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.02 | | 23.86 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.02 | | 23.88 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 0.02 | | 23.90 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.02 | | 23.92 |
| 09/19/06 | | Transferred Funds | Transferred Funds | 9999-000 | 68,882.49 | | 68,906.41 |
| 09/19/06 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 6,144.00 | 62,762.41 |
| 09/19/06 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3120-000 | | 112.00 | 62,650.41 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.87 | | 62,657.28 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 43.93 | | 62,701.21 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 41.21 | | 62,742.42 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 39.86 | | 62,782.28 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 41.86 | | 62,824.14 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 31.31 | | 62,855.45 |
| 03/20/07 | 1003 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05-56754 | 2300-000 | | 53.94 | 62,801.51 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 33.56 | | 62,835.07 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 34.67 | | 62,869.74 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 34.69 | | 62,904.43 |
| | | | **Subtotals :** | | **$137,719.62** | **$74,815.19** | |

{} Asset reference(s)

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

| Case Number: | 05-56754 ABG | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|
| Case Name: | DWYER, WILLIAM E. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****40-65 - Money Market Account |
| Taxpayer ID #: | 13-7508948 | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 08/31/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/19/07 | | ACCOUNT FUNDED: ********4020 | | 9999-000 | | 62,500.00 | 404.43 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.23 | | 424.66 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.24 | | 424.90 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.23 | | 425.13 |
| 09/19/07 | | Transfer of funds from MMA | Transfer of funds | 9999-000 | 1,400.00 | | 1,825.13 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.46 | | 1,825.59 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.07 | | 1,826.66 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.95 | | 1,827.61 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.93 | | 1,828.54 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.83 | | 1,829.37 |
| 02/12/08 | 1004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #05-56754, Bond payment | 2300-000 | | 54.06 | 1,775.31 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.37 | | 1,775.68 |
| 03/18/08 | | From Account #********4020 | Close CD | 9999-000 | 61,646.47 | | 63,422.15 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 4.19 | | 63,426.34 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 8.84 | | 63,435.18 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.94 | | 63,443.12 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.06 | | 63,451.18 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.06 | | 63,459.24 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.54 | | 63,466.78 |

Subtotals :   $63,116.41   $62,554.06

{} Asset reference(s)

Printed: 10/22/2008 11:51 AM   V.10.54

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| Case Number: | 05-56754 ABG | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|
| Case Name: | DWYER, WILLIAM E. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****40-65 - Money Market Account |
| Taxpayer ID #: | 13-7508948 | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 08/31/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 200,836.03 | 137,369.25 | $63,466.78 |
| | | | Less: Bank Transfers | | 131,928.96 | 131,005.25 | |
| | | | **Subtotal** | | 68,907.07 | 6,364.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$68,907.07** | **$6,364.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| CD # ***-*****40-19 | 377.24 | 0.00 | 0.00 |
| CD # ***-*****40-20 | 546.47 | 0.00 | 0.00 |
| MMA # ***-*****40-65 | 68,907.07 | 6,364.00 | 63,466.78 |
| | **$69,830.78** | **$6,364.00** | **$63,466.78** |

{} Asset reference(s)   Printed: 10/22/2008 11:51 AM   V.10.54