**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| IN RE:<br>DWYER, WILLIAM E.<br><br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-56754 ABG<br><br>JUDGE A. Benjamin Goldgar |
|---|---|

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.
    At: U.S. BANKRUPTCY COURT sitting at the **Park City Branch Court** located at **301 Greenleaf Ave., Park City, Illinois**, **60085** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar
    on: **December 5, 2008**
    at: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | | |
|---|---|---:|
| a. Receipts | $ | 69,830.78 |
| b. Disbursements | $ | 6,364.00 |
| c. Net Cash Available for Distribution | $ | 63,466.78 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ILENE F. GOLDSTEIN<br>(Trustee Fees) | 0.00 | $6,741.54 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Fees) | 6,144.00 | 3920.50 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Expenses) | 112.00 | | 175.75 |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Fees) | 0.00 | $1,225.00 | |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Expenses) | 0.00 | | $76.85 |

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $412,917.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 12.43%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Northview Bank & Trust | $ 125,911.48 | $ 15,651.27 |
| 2 | JPMorgan Chase Bank, NA | $ 113,612.26 | $ 14,122.42 |
| 3 | Chase Bank USA, NA | $ 9,621.98 | $ 1,196.05 |
| 4 | Citibank NA | $ 32,344.99 | $ 4,020.60 |
| 5 | American Express Travel Related Svcs Co | $ 16,044.11 | $ 1,994.34 |
| 6 | American Express Bank FSB | $ 52,589.61 | $ 6,537.08 |
| 7 | Citibank/ CHOICE | $ 33,779.71 | $ 4,198.94 |
| 8 | MBNA America Bank NA | $ 29,013.15 | $ 3,606.44 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: None

| Dated: | **October 28, 2008** | | For the Court, |
|---|---|---|---|
| | | | |
| | | | |
| | | By: | **KENNETH S. GARDNER** |
| | | | Kenneth S. Gardner |
| | | | Clerk of the United States Bankruptcy Court |
| | | | 219 S. Dearborn Street; 7th Floor |
| | | | Chicago, IL 60604 |

Trustee: ILENE F. GOLDSTEIN
Address: Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave.
Suite 200
Highland Park, Illinois 60035
Telephone # (847) 926-9595