IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>DWYER, WILLIAM E.<br><br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-56754 ABG<br><br>JUDGE A. Benjamin Goldgar |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT sitting at the **Park City Branch Court** located at **301 Greenleaf Ave., Park City, Illinois**, **60085** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar

    on: **December 5, 2008**
    at: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | | |
|---|---|---:|
| a. Receipts | $ | 69,830.78 |
| b. Disbursements | $ | 6,364.00 |
| c. Net Cash Available for Distribution | $ | 63,466.78 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ILENE F. GOLDSTEIN<br>(Trustee Fees) | 0.00 | $6,741.54 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Fees) | 6,144.00 | 3920.50 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Expenses) | 112.00 | | 175.75 |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Fees) | 0.00 | $1,225.00 | |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Expenses) | 0.00 | | $76.85 |

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $412,917.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 12.43%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Northview Bank & Trust | $ 125,911.48 | $ 15,651.27 |
| 2 | JPMorgan Chase Bank, NA | $ 113,612.26 | $ 14,122.42 |
| 3 | Chase Bank USA, NA | $ 9,621.98 | $ 1,196.05 |
| 4 | Citibank NA | $ 32,344.99 | $ 4,020.60 |
| 5 | American Express Travel Related Svcs Co | $ 16,044.11 | $ 1,994.34 |
| 6 | American Express Bank FSB | $ 52,589.61 | $ 6,537.08 |
| 7 | Citibank/ CHOICE | $ 33,779.71 | $ 4,198.94 |
| 8 | MBNA America Bank NA | $ 29,013.15 | $ 3,606.44 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:None

| Dated: | **October 28, 2008** | | For the Court, |
|---|---|---|---|
| | | | |
| | | | |
| | | By: | **KENNETH S. GARDNER** |
| | | | Kenneth S. Gardner |
| | | | Clerk of the United States Bankruptcy Court |
| | | | 219 S. Dearborn Street; 7th Floor |
| | | | Chicago, IL  60604 |

Trustee:   ILENE F. GOLDSTEIN
Address:  Law Offices of Ilene F. Goldstein, Chartered
          850 Central Ave.
          Suite 200
          Highland Park, Illinois 60035
          Telephone # (847) 926-9595

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: Oct 28, 2008
Case: 05-56754                Form ID: pdf002             Total Served: 23

The following entities were served by first class mail on Oct 30, 2008.
db          +William E. Dwyer,    33582 N. Lake Shore Drive,    Gages Lake, IL 60030-1877
aty         +Joseph Wrobel,    Joseph Wrobel, Ltd,    105 W Madison,    Suite 700,    Chicago, IL 60602-4669
tr          +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
              Highland Park, IL 60035-3278
10272306    +Access Lease Returns,    3027 Alhambra Dr., Suite H,    Cameron Park, CA 95682-9646
10803722     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10272307    +American Express Travel Related Services Co Inc,    c/o Becket and Lee  LLP,    P O BOx 3001,
              Malvern PA 19355-0701
10799799     American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
              Malvern PA 19355-0701
10272308     Best Buy,    PO Box 15521,    Wilmington, DE 19850-5521
10784089    +Chase Bank USA, NA,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10272309     Citi Business Card,    PO Box 6309,    The Lakes, NV 88901-6309
10272310    +Citi Card,    PO Box 6000,    The Lakes, NV 89163-0001
10791930    +Citibank NA,    Citimortgage ChKgt,    1000 Technology Dr MS 504,    St Charles, MO 63368-2240
10877097     Citibank/ CHOICE,    Exception Payment Processing,    P.O. Box 6305,    The Lakes, NV 88901-6305
10272311    +Crowly & Lamb PC,    350 N. La Salle St., Suite 900,    Chicago, IL 60654-5136
10272312    +GMAC,    PO Box 10729,    Attn 5th,    Midland, TX 79702-0729
10272313    +JP Morgan Chase Bank NA,    Attn: Ms. Esther Barry,    1820 E. Sky Horbor Cir S AZ1-2004,
              Phoenix, AZ 85034-4810
10703310    +JPMorgan Chase Bank, NA,    c/o Adela C. Lucchesi,    Crowley & Lamb, P.C.,    350 N. LaSalle Street,
              Suite 900,    Chicago, IL 60654-5136
10272314     JPMorgan/Chase/Bank One,    PO Box 901008,    Fort Worth, TX 76101-2008
10272315     MBNA,    PO Box 15026,    Wilmington, DE 19850-5026
10901963    +MBNA America Bank NA,    Mailstop DES-014-02-03,    PO Box 15168,    Wilmington DE 19850-5168
10272316    +Northview Bank & Trust,    245 Waukegan Rd.,    Winnetka, IL 60093-2752
10272317    +TS 125 S Wacker,    c/o Tishman Spire Properties, LP,    125 S. Wacker Drive,
              Chicago, IL 60606-4424
10272318     Wells Fargo,    PO Box 29746,    Phoenix, AZ 85038-9746

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2008**                            **Signature:** *Joseph Speetjens*